IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CR 13-78-4 |
| | : CRIMINAL NO. 13-206M |
| AUSTIN ALCALA, | : |
| a/k/a "AAmonkey," | : |
| a/k/a "AAmonkey1," | : |
| | : |
| Defendant. | : |

## MOTION TO SEAL

**NOW COMES** the United States of America, by and through its attorneys, Charles M. Oberly, III, United States Attorney for the District of Delaware, and Edward J. McAndrew, Assistant United States Attorney, and hereby moves this Honorable Court to seal the Criminal Complaint and Affidavit, and this Motion and Order to Seal until further Order of the Court, to prevent the destruction of evidence and obstruction of justice.

Respectfully submitted,

CHARLES M. OBERLY, III
United States Attorney

By: _____
Edward J. McAndrew
Assistant United States Attorney

Dated: November 14, 2013

IT IS SO ORDERED this __14__ day of November 2013, that the above-captioned file is sealed until further order of the Court.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge