# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CR 13-78-4 |
| | : CRIMINAL NO. 13-206M |
| AUSTIN ALCALA, | : |
| a/k/a "AAmonkey," | : Under Seal |
| a/k/a "AAmonkey1," | : |
| | : UNSEALED |
| Defendant. | : SEALED 9/30/14 |
| | KJK |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Charles M. Oberly, III, United States Attorney for the District of Delaware, and Edward J. McAndrew, Assistant United States Attorney for the District of Delaware, hereby moves the Court for the issuance of an arrest warrant against the Defendant Austin Alcala pursuant to a Criminal Complaint filed under seal in this matter.

                                  Respectfully submitted,

                                  CHARLES M. OBERLY, III
                                  United States Attorney

BY:   */s/ Edward J. McAndrew*
        Edward J. McAndrew
        Assistant United States Attorney

Dated: January 23, 2014

FILED

JAN 2 3 2014

U.S. DISTRICT COURT DISTRICT OF DELAWARE

AND NOW, this \_\_\_\_23\_\_\_\_ day of January 2014, based upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Austin Alcala.

_____
Honorable
United States Magistrate Judge