AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 13-206M |
| AUSTIN ALCALA, | ) |
| a/k/a "AAmonkey," "AAmonkey1," | ) |
| Defendant | ) |

CR13-78-4

2014 FEB -4 PM 2:38
FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* AUSTIN ALCALA, a/k/a "AAmonkey," "AAmonkey1",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 371 (Conspiracy); 1028(a)(7) (Identity Theft) and 1030(a)2)(C), (a)(6), and (c)(2)(B)(i) and (iii) (Unlawful Access to a Protected Computer Network)

Date: 01/23/2014

_____
Issuing officer's signature

City and state: Wilmington, Delaware    Hon. Mary Pat Thynge, United States Magistrate Judge
_____
Printed name and title

### Return

| This warrant was received on *(date)* 1/23/14, and the person was arrested on *(date)* 1/28/14 |
| at *(city and state)* Indiana |

Date: 1/30/14

for FBI _____
Arresting officer's signature

William Daniel, SDUSM
Printed name and title